**大成 DENTONS**

**Timothy J. Straub**
Managing Associate

timothy.straub@dentons.com
D +1 212 768 6821

Dentons US LLP 1221
Avenue of the Americas
New York, NY 10020-1089
United States

> The requested stay of all case deadlines until **May 7, 2021** is GRANTED. By that date, if no stipulation of dismissal has been filed, the parties are directed to file a status letter on the docket.
>
> The Clerk of Court is directed to close ECF No. 13.
>
> SO ORDERED        3/25/2021
>
> /s/ Sarah L. Cave
> SARAH L. CAVE
> United States Magistrate Judge

March 24, 2021

**VIA ECF**

The Honorable Sarah L Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Graciano v. Mayorga Organics, LLC*: Case No. 1:20-cv-09184-LTS-SLC

Dear Judge Cave:

We represent defendant Mayorga Organics, LLC ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from March 24, 2021 to May 7, 2021.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, the parties will file a stipulation of voluntary dismissal.

                                                                */s/ Timothy J. Straub*
                                                                Timothy J. Straub

cc:    All counsel of record (by ECF)